**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6186**

———————

LAMAR E. BURGEST, III,

                                    Petitioner - Appellant,

        versus

WILLIE SCOTT,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, District Judge.  (CA-01-248-3)

———————

Submitted:  June 11, 2002            Decided:  June 21, 2002

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lamar E. Burgest, III, Appellant Pro Se.   David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lamar E. Burgest, III, appeals the district court's order denying relief without prejudice on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Burgest v. Scott, No. CA-01-248-3 (E.D. Va. Dec. 12, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2